MLC/TFK: USAO#2023R00497

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 21 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. GLR-23-0254 |
| v. | : |
| | : Count One: 26 U.S.C. § 7206(1) |
| SUSAN K. PATRICK, | : (Willfully Making and Subscribing |
| | : a False Tax Return) |
| Defendant. | : |
| | : |

...oooOooo...

## INFORMATION

### COUNT ONE

**26 U.S.C. § 7206(1) – Willfully Making and Subscribing a False Tax Return**

The United States Attorney for the District of Maryland charges:

On or about August 16, 2016, in the District of Maryland, the defendant SUSAN K. PATRICK willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false Individual Income Tax Return, Form 1040, for calendar year 2013, which was verified by a written declaration that it was made under the penalties of perjury and which SUSAN K. PATRICK did not believe to be true and correct as to every material matter. That tax return reported, on Line 22, that SUSAN K. PATRICK and her husband received total income of -$773,163, whereas, as SUSAN K. PATRICK knew, she and her husband actually received total income in the amount of approximately $4,316,488.

In violation of Tile 26, United States Code, Section 7206(1).

MLC/TFK: USAO#2023R00497

Date: <u>July 21, 2023</u>

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

MATTHEW COFER
Digitally signed by MATTHEW COFER
Date: 2023.07.21 09:16:31 -04'00'

_____
Matthew L. Cofer
Trial Attorney
Thomas F. Koelbl
Assistant Chief
U.S. Department of Justice, Tax Division