IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:23-cr-00254-GLR |
| SUSAN KAY PATRICK | |
| Defendant. | |

**UNOPPOSED MOTION FOR
POSTPONEMENT OF SENTENCING HEARING**

Susan Kay Patrick ("Defendant") by and through her undersigned counsel, hereby moves for an order rescheduling her sentencing hearing with the Court. In support of this motion, Defendant states as follows:

1. On August 31, 2023, Defendant was before this honorable Court and entered a plea of guilty in the above referenced matter.

2. Also on August 31, 2023, the Court scheduled Defendant's sentencing hearing for December 19, 2023.

3. Unfortunately, the Defendant's attorney has a conflict on that date and is unavailable. This date is also directly before the Christmas and New Years holidays.

4. Accordingly, Defendant respectfully requests a brief postponement of her sentencing date.

5. This request for postponement was discussed with the Department of Justice and they did not object.

6. Defendant and the Department of Justice are unavailable up to and including February 2, 2024, and therefore request a sentencing hearing thereafter.

7. Please note, this is a request to briefly postpone Defendant's sentencing hearing. All other deadlines pertaining to the scheduling order issued by the Court will remain in effect.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order permitting a postponement of her sentencing hearing.

Dated: November 9, 2023

Respectfully Submitted,

_____
Michael J. March, Esq.
Federal Bar No.: 20377
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Phone: (410) 497-5947
Facsimile: (888) 235-8405
Email: Michael.March@frosttaxlaw.com
*Counsel for Defendant*