IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:23-cr-00254-GLR |
| SUSAN KAY PATRICK | |
| Defendant. | |

## ORDER

The Court, having received, read, and considered the Unopposed Motion for Postponement of Defendant's sentencing hearing hereby reschedules Defendant's sentencing hearing to Tuesday, February 20th of 2024.

Dated: 11/21/2023.

_____
The Honorable George L. Russell, III