IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO. 1:23-CR-254-GLR |
| | * |
| SUSAN K. PATRICK, | * |
| | * |
| Defendant. | * |
| | * |
| | * |

\*\*\*\*\*\*\*

<u>**ORDER**</u>

Before the Court is the Government's Motion for Reconsideration of the Court's order granting the Defendant's Motion to Seal her sentencing memorandum. ECF No. 32 (Gov't Mot.); ECF No. 30 (Court's Order); ECF No. 28 (Def.'s Mot).

Upon consideration of the Government's motion, and for the reasons stated therein, the motion is GRANTED. The Court's previous order, ECF No. 30, granting the Defendant's motion to seal, is WITHDRAWN. The Defendant's Motion to Seal her sentencing memorandum, ECF No. 28, is DENIED without prejudice. The Defendant's sentencing memorandum, originally filed as a proposed sealed document, ECF No. 29, is WITHDRAWN with leave to refile.

So **ORDERED** this 7th day of December, 2023.

_____
Honorable George L. Russell, III
United States District Court Judge

1