✓ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

4:35 pm, Feb 20 2024
AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____KMT_____Deputy

# UNITED STATES

### vs.

## SUSAN K. PATRICK

**Criminal No. GLR-23-0254**                                   **Court's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 02/20/2024 | 02/20/2024 | Correspondence to the Court |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)